**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1952**

NICOLE YVETTE WINSTON,

                    Plaintiff - Appellant,

          v.

MARYLAND DEPARTMENT OF HUMAN RESOURCES; MARYLAND DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James  K.  Bredar,  District  Judge.
(1:16-cv-01795-JKB)

Submitted:  November 22, 2016      Decided:  November 29, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nicole Yvette Winston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Yvette Winston appeals the district court's order denying her motion for reconsideration and for discovery filed in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Winston v. Md. Dep't. of Human Res., No. 1:16-cv-01795-JKB (D. Md. July 27, 2016). We deny Winston's motion for transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED